UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

|  |  |
|---|---|
| ANTONY SUTTON, in his capacity as a Limited Partner of Jay Peak Hotel Suites LP, GLYN MOSER, in his capacity as a Limited Partner of Jay Peak Hotel Suites Phase II LP, and PATRICK TAWIL, in his capacity as a Limited Partner of Jay Peak Lodge and Townhouses LP<br>　　　Plaintiffs<br>v.<br><br>PEOPLE'S UNITED FINANCIAL, INC., as Successor in Interest to Chittenden Trust Company, and PEOPLE'S UNITED BANK<br>　　　Defendants | C.A. No. 2:18-cv-00146-cr |

**NOTICE OF VOLUNTARY DISMISSAL**

Now come the Plaintiffs in the above entitled action and hereby give notice of their election to voluntarily dismiss this action.

　　　　　　　　　　　　　　　　For the forenamed,
　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　 /s/Joshua L. Simonds
　　　　　　　　　　　　　　　　Joshua L. Simonds, Esq
　　　　　　　　　　　　　　　　The Burlington Law Practice, PLLC
　　　　　　　　　　　　　　　　2 Church St. Suite 2G
　　　　　　　　　　　　　　　　Burlington VT 05401
　　　　　　　　　　　　　　　　jls@burlingtonlawpractice.com


　　　　　　　　　　　　　　　　 /s/Keith L. Miller
　　　　　　　　　　　　　　　　Keith L. Miller
　　　　　　　　　　　　　　　　***Admitted Pro Hac Vice***
　　　　　　　　　　　　　　　　Mass. Bar Reg. No. 347280
　　　　　　　　　　　　　　　　Fifty-Eight Winter Street, 4th Floor
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　klm4law@aol.com
　　　　　　　　　　　　　　　　(617) 523-5803